**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GRADY BROWN<br><br>　　　　　　　　　Defendant. | Case No. MJ 10-237 (WAWD)<br>　　　　　CR10-133 (D. ORE)<br><br><br>ORDER REVOKING BOND AND<br>DETENTION ORDER |

<u>Offenses charged</u>:

　　Bank Fraud

<u>Bond Revocation</u>:

　　On May 11, 2010, defendant appeared for a detention hearing before the Honorable Dennis J. Hubel, a United States Magistrate Judge for the District of Oregon, after which defendant was released on an appearance bond that included restrictions that he not commit any violations of law.  Defendant was released to courtesy supervision by pretrial services officers in the Western District of Washington.

　　On May 28, 2010, the Honorable Dennis J. Hubel directed the apprehension of defendant after Pretrial Services filed a Petition for Warrant for Defendant Under Pretrial

Services Supervision, alleging that the defendant had violated the terms and conditions of his bond as follows:

1. Defendant deposited a check that was not his own into an account thatwas not his own. It was also alleged that he accessed the account via an ATM card and removed $100 that was not his own money.

2. On May 17, 2010, the defendant provided a positive drug test for marijuana.

On June 1, 2010, the defendant made his initial appearance at a bond revocation hearing before the undersigned Magistrate Judge. He was advised of his rights in connection with the Petition for Warrant for Defendant Under Pretrial Services Supervision. He was advised of the bond violation allegations.

Pursuant to CrR 32.1, CrR46(c) and 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) On June 1, 2010, defendant waived his right to an identity hearing on the Petition from the District of Oregon and an Order of Transfer was executed.

(2) In light of the allegations made, the defendant poses an economic danger to the community and detention pending his initial appearance in the District of Oregon for bond violations is appropriate. This order is without prejudice to the defendant's right to contest the merits of the Petition filed against him and is also without prejudice to defendant's right to seek release upon his appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1) Defendant's bond is hereby revoked, without prejudice to his request for relief when he makes his initial appearance in the District of Oregon;

(2) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of June, 2010.

_____
JAMES P. DONOHUE
United States Magistrate Judge